**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

ELIAS QUINTANA,                )
                               )
            Plaintiff,         )
                               )
     v.                        ) No. CIV-15-063-FHS
                               )
ROGER PARNAM, individually,    )
                               )
            Defendant.         )

### ORDER

On February 18, 2016, the United States Magistrate Judge for this District filed a Findings and Recommendation in this case. No objection was filed to the Findings and Recommendation. As a result, the Findings and Recommendation are deemed confessed.

The Findings and Recommendation suggest the Plaintiff be awarded damages in the total amount of $9,000.00 against Defendant Roger Parnam, individually and that default judgment be entered in that amount. This Court finds the Findings and Recommendation of the Magistrate Judge should be adopted as the order of this court.  Accordingly, this court adopts the Findings and Recommendations of the Magistrate Judge filed February 18, 2016, as the order of this court.

**IT IS SO ORDERED** this 7th day of March, 2016.

Frank H. Seay  
United States District Judge  
Eastern District of Oklahoma